UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cr-00222-JMS-TAB |
| ) | |
| DEREK ATWATER ) | |
|   a/k/a SHORTY, ) | |
| JAMES O. BEASLEY ) | |
|   a/k/a JAKE, ) | |
| RICHARD BERNARD GRUNDY, III ) | |
|   a/k/a WHITE BOY, ) | |
| EZELL NEVILLE ) | |
|   a/k/a BO, ) | |
| UNDRAE MOSEBY ) | |
|   a/k/a SOUNDRAE EVANS, ) | |
| Defendants. ) | |

## **MINUTE ENTRY – DAY ONE**

On Monday, July 8, 2019, the jury trial in this matter began. Defendant Derek Atwater was present in person and by counsel Joshua Moudy; Defendant James Beasley was present in person and by counsel Theodore Minch; Defendant Richard Grundy, III was present in person and by counsel Kenneth Riggins; Defendant Ezell Neville was present in person and by counsel Thomas Brodnik; and Defendant Undrae Moseby was present in person and by counsel Lupita Thompson. The Government was present by counsel Bradley Blackington and Lindsay Karwoski, and by investigative agent Kerry Inglis. The Court Reporter was Jean Knepley.

The Court addressed preliminary matters on the record with the parties before the prospective jurors were brought into the courtroom. The Court first addressed the number of strikes each party would receive, and advised that the Government would have 8 strikes and Defendants would have 12 strikes to exercise collectively, or 2 strikes each to exercise

1

individually. No party objected. The Court also discussed media coverage of the trial over the weekend, and the parties agreed that the Court would ask if jurors had read or heard any news accounts regarding the trial over the weekend and then would individually question those jurors that answered affirmatively outside the presence of the rest of the venire. The Court confirmed that no parties objected to the Preliminary Jury Instructions appearing at [Filing No. 663-2]. Counsel for Defendants stated that they will continue to consider the order in which they would like to ask questions of witnesses. The Court then heard argument from the Government and counsel for Mr. Grundy regarding Mr. Grundy's response to the Government's Santiago Proffer. [[Filing No. 798].] The Court **OVERRULED** the objections raised therein for the reasons stated on the record.

The venire was summoned, administered the oath, and examined. The Court conducted voir dire. The Court excused some potential jurors for hardship and/or cause, and the parties were each given time to question the venire. The parties then exercised peremptory challenges. The Court empaneled a twelve-person jury plus four alternate jurors and administered the oath. The parties accepted the jury without objection.

Due to the late hour, the Court recessed to reconvene on July 9, 2019, at 8:30 a.m. The jury was admonished before separation, and was specifically instructed not to read or listen to any local media sources.

Date: 7/9/2019

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**