UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cr-00222-JMS-TAB |
| ) | |
| DEREK ATWATER ) | |
|   a/k/a SHORTY, ) | |
| JAMES O. BEASLEY ) | |
|   a/k/a JAKE, ) | |
| RICHARD BERNARD GRUNDY, III ) | |
|   a/k/a WHITE BOY, ) | |
| EZELL NEVILLE ) | |
|   a/k/a BO, ) | |
| UNDRAE MOSEBY ) | |
|   a/k/a SOUNDRAE EVANS, ) | |
| Defendants. ) | |

## MINUTE ENTRY – DAY THREE

On Wednesday, July 10, 2019, the third day of a jury trial in this matter began. The Court Reporter was Jean Knepley. Following a conference with counsel during which the Government moved for a mistrial, the parties appeared in person and by counsel. Defendant Derek Atwater was present in person and by counsel Joshua Moudy; Defendant James Beasley was present in person and by counsel Theodore Minch; Defendant Richard Grundy, III was present in person and by counsel Kenneth Riggins; Defendant Ezell Neville was present in person and by counsel Thomas Brodnik; and Defendant Undrae Moseby was present in person and by counsel Lupita Thompson. The Government was present by counsel Bradley Blackington and Lindsay Karwoski, and by investigative agent Kerry Inglis. The Court found that its Order concerning juror information [dkt. 754] was violated, and **GRANTED** the Government's motion for a mistrial. A new trial date will be set at a later time.

Date: 7/10/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**